ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 18 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER ANTONIO HAYES | Criminal Information<br><br>No. 1:21-CR-00099 |

THE UNITED STATES ATTORNEY CHARGES THAT:

**Count One**
**(False Claim)**

On or about June 8, 2020, in the Northern District of Georgia, the defendant, Christopher Antonio Hayes, made and presented to the United States Department of Agriculture a claim upon and against the United States Department of Agriculture, that is, a claim against the Coronavirus Food Assistance Program for the loss of livestock at his commercial farming operation, knowing that the claim was materially false, fictitious, and fraudulent in that he did not own or operate a commercial farming operation, and that he did not slaughter said livestock as a result of the Coronavirus pandemic.

In violation of Title 18, United States Code, Section 287.

KURT R. ERSKINE
 *Acting United States Attorney*

 */s/ for SEK*

SARAH E. KLAPMAN
 *Assistant United States Attorney*
Georgia Bar No. 437221

CHRISTOPHER J. HUBER
 *Assistant United States Attorney*
Georgia Bar No. 545627

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181